Case 17-15573    Doc 13    Filed 05/25/17    Entered 05/30/17 09:02:16    Desc Main
Document    Page 1 of 1

;:5.1:Application for Installment Agreement:Proposed Order Entered: 5/19/2017 10:57:29 AM by:Christina Corona Page 1 of 1

**Fill in this information to identify the case:**

Debtor 1: Sharon Denene Harris
  First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: ___ District of ___ (State)

Case number (if known): 17-15573

Chapter filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $135 | 6-8-16 |
| $100 | 6-30-16 |
| $100 | 7-25-17 |
| + $ | |

Total: $335

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

MAY 25 2017
Month / day / year

By the court: J. Cox    *Jacqueline P. Cox*
United States Bankruptcy Judge